UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 21-2554-MWF (JPRx) | Date: June 24, 2021 |
| Title: Mona Eldib v. Bausch and Lomb, Inc. | |

Present: The Honorable **MICHAEL W. FITZGERALD, U.S. District Judge**

Deputy Clerk:　　　　　　　　　　　　Court Reporter:
Rita Sanchez　　　　　　　　　　　　　Not Reported

Attorneys Present for Plaintiff:　　　　Attorneys Present for Defendant:
None Present　　　　　　　　　　　　None Present

**Proceedings (In Chambers):** ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On June 8, 2021, the Court granted Defendant Bausch and Lomb Inc.'s Motion to Dismiss (the "Prior Order"). (Docket No. 15). The Court granted Plaintiff leave to amend the Complaint and instructed Plaintiff to file a First Amended Complaint ("FAC") on or before June 21, 2021. (*Id.* at 5). The Court warned Plaintiff that failure to file the FAC by June 21, 2021, would result in dismissal of this action. (*Id.*).

Plaintiff failed to file the FAC by the June 21, 2021 deadline, or even by today. Accordingly, the action is **DISMISSED** *without prejudice* for lack of prosecution. Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.